UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LAQUAN LEDBETTER                 :
                                 :              PRISONER
     v.                          :  Case No.  3:03CV1999(WWE)(HBF)
                                 :
TOWN OF EAST HARTFORD, et al.    :
```

ORDER

Although the court granted the plaintiff's motion to reopen this case in December 2006, the case was not reopened until May 9, 2012.

As all deadlines in the case have long passed, the court hereby enters the following scheduling order:

1. The parties shall complete discovery on or before September 10, 2012.

2. Any motions for summary judgment shall be filed on or before October 10, 2012.

**SO ORDERED** this 10th day of May 2012, at Bridgeport, Connecticut.

                                              _____/s/_____
                                              Warren W. Eginton
                                              Senior United States District Judge